UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Heath Allan Pettry,**

    **Plaintiff,**

    v.                                                       Case No. 2:15–cv–163

**Carolyn W. Colvin,**                             Judge Michael H. Watson
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

### ORDER

On July 21, 2015, Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, filed a Report and Recommendation ("R&R"), ECF No. 21, concerning the disposition of Health Allan Pettry's ("Plaintiff") Complaint, ECF No. 3, in this Social Security case. The R&R recommended sustaining Plaintiff's statement of errors and remanding the case to the Commissioner. R&R 9, ECF No. 21.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id*. Magistrate Judge Kemp specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id* at 9–10. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 21, is **ADOPTED**. The decision of the Commissioner of Social Security is **REVERSED**, and this matter is **REMANDED** to the Commissioner and ALJ.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**